IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| EDWARD W. JEFFERSON | § | |
| VS. | § | CIVIL ACTION NO. 1:19cv507 |
| WARDEN, FCC BEAUMONT LOW | § | |

MEMORANDUM ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

Petitioner Edward W. Jefferson, proceeding *pro se*, brought this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

The court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court. The Magistrate Judge recommends granting the respondent's motion for summary judgment and dismissing the above-styled petition.

The Court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence. A copy of the Report and Recommendation was mailed to petitioner at the address provided to the court. The copy of the Report mailed to petitioner was returned to the court as undeliverable on March 3, 2021.

Under the Local Rules of the Eastern District of Texas, *pro se* litigants must provide the court with a physical address and are responsible for keeping the clerk advised in writing of their current physical address. *See* Local Rule CV-11(d). To date, petitioner has not updated his address with the court or filed objections to the Report.

O R D E R

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct and the Report of the Magistrate Judge is **ADOPTED**. Therefore, it is

**ORDERED** that the respondent's motion for summary judgment is **GRANTED**. A final judgment will be entered in this case in accordance with the Magistrate Judge's recommendations.

**SIGNED this 10th day of March, 2021.**

*Michael J. Truncale*
Michael J. Truncale
United States District Judge